**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JIMMY HONORIO G.C.,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security; TODD BLANCHE, Attorney General of the United States; DAVID EASTERWOOD, Field Office Director of Enforcement and Removal Operations, Saint Paul Field Office; and JOEL BROTT, Sherburne County Sheriff, Warden of Sherburne County Jail,

Respondents.

Case No. 26-CV-4568 (NEB/ECW)

ORDER TO SHOW CAUSE

---

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner by no later than October 28, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

   b. If applicable, sufficient details to establish the validity of the proffered warrant, such as:

i. The name, title, training, and qualifications of the officer who issued the warrant;

ii. The time and place at which the warrant was issued;

iii. The evidence the issuing officer relied upon in determining that an arrest was warranted in this case, including any existing Notice to Appear;

iv. The name, title, training, and qualifications of the agent who served the warrant upon Petitioner;

v. The time, place, and manner by which the warrant was served upon Petitioner;

vi. Whether the warrant was created specifically in response to or in anticipation of this Petition; and

vii. The results of the October 27, 2026 master calendar hearing;

c. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims, including Respondents' view as to whether *Felipe S.P. v. Blanche*, No. 26-CV-2212 (NEB/DJF), 2026 WL 1911656 (D. Minn. July 2, 2026) is dispositive; and

d. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so by no later than November 4, 2026.

4. Parties may request additional time if necessary. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

5. Petitioner is represented by Pamela Guerrero 763-951-2235, pamela@bienvenidoslaw.com.

Dated: October 22, 2026

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge